# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Petition of : 
Gary Masino : 
                             : 
Petition of Maria Grimes Santilli and : 
Donna Bond :    No. 319 C.D. 2023

## O R D E R

    **NOW**, May 2, 2023, it is hereby ordered that the above-captioned opinion filed on April 12, 2023, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

**RENÉE COHN JUBELIRER,** President Judge